

NEWS

# Airbus Racer is a High-Speed and Cost-Effective Helicopter

EDWARD JONES
JUNE 26, 2017

Share on Facebook    Share on Twitter    





EXHIBIT A

Airbus is looking to make a cost-effective, yet fast way to fly through the sky with the new Racer concept.

"Seventy years ago, [American test pilot] Chuck Yeager broke the sound barrier," said Guillaume Faury, CEO of Airbus Helicopters, at the Racer announcement press conference. Now, he said, "we're trying to break the cost barrier. It cannot be 'speed at any cost.'"

The Racer (stands for Rapid and cost-effective rotorcraft) uses a main rotor for basic flight modes, while two lateral pusher rotors provide forward thrust. The lateral pusher rotors are installed on the back of a box-wing, reducing power required for flight by 10 percent. This reduction in required power also lowers fuel consumption, and increase the Racer's flight range. All-in-all, the Racer will be surprisingly cheap to fly.

EXHIBIT A



Airbus is planning the final assembly of the Racer demonstrator in 2019, with its first flight in 2020.

RACER - Introducing the Future of Speed



EXHIBIT A

7/26/2019         Airbus Racer is a High-Speed and Cost-Effective Helicopter

3.3k Shares

Source: Airbus

A Message From PARENTGIVING

**Tranquility Premium OverNight Absorbent Underwear**

$1.99 Pull-up style overnight adult diapers with maximum protection for uninterrupted sleep. Latex-free breathable fabric.

   



PREV POST                  NEXT POST

**2018 BMW X3 Unveiled: Preview**     **Shawn Cunix: From Selling Candy to Owning an Exotic Car Dealership**

ANDREW NABORS

EDWARD JONES

## Related Posts

EXHIBIT A



Murcielago Manuals Have Become Million-Dollar Lamborghinis

JULY 26, 2019



McLaren 600LT Spider Pike's Peak Collection Unveiled by MSO

JULY 26, 2019



# Ford Mustang55 Anniversary Edition Unveiled in Germany

JULY 25, 2019

EXHIBIT A



179

Shop now

# Top Exotic Cars For Sale

2017 Ferrari LaFerrari

EXHIBIT A

2014 Ferrari LaFerrari

2015 Ferrari LaFerrari

2018 Bugatti Chiron

## Latest Posts

### Chevy Teases C8 Corvette Stingray Convertible

With the complexities involved in building the world's first mid-engine Corvette, many enthusiasts figured a…

### What To Do This Weekend in the World of Cars – 7/26/2019

Are you a lover of cars and looking for something to do this weekend? We've…

### Murcielago Manuals Have Become Million-Dollar Lamborghinis

Walk into any dealership and ask for a manual transmission. The confused salespeople will not…

### Jason Statham Pulls Up to "Hobbs & Shaw" London Premier in McLaren Senna

https://www.instagram.com/p/BOXncprhKG4/ The next action film to take over your theaters is "Fast & Furious Presents:…

EXHIBIT A



EXHIBIT A



Bugatti For Sale
Ferrari For Sale
Lamborghini For Sale
McLaren For Sale
Porsche For Sale

Ferrari LaFerrari For Sale
Lamborghini Aventador For Sale
Lamborghini Murcielago For Sale

EXHIBIT A

Porsche 911 For Sale

McLaren 720S For Sale

Dodge Demon For Sale

Ford GT For Sale

Ford Mustang Shelby GT500 Super Snake For Sale



@ COPYRIGHT 2019, DUPONT REGISTRY™ | CONTACT | ADVERTISE | PRIVACY POLICY | TERMS & CONDITIONS

TOP

EXHIBIT A